IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LIDALE R. KELLUM,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.                                         CASE NO. 1D16-2482

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 11, 2017.

Second Amended Petition for Belated Appeal -- Original Jurisdiction.

Henry Mark Sims, Public Defender, Laura McCarthy and Caroline Greene, Assistant Public Defenders, Panama City, for Petitioner.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the judgment and sentence rendered on January 22, 2016, and the amended order of revocation of probation rendered on February 15, 2016, in Bay County Circuit Court case number 09-3525-C, is granted.

Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal. If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal is directed to appoint counsel to represent him in the belated appeal authorized by this opinion.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.